# EXHIBIT 1



## Religious Reasonable Accommodation Request Form

Please return your completed form to USVaccineExemptions@astrazeneca.com.

Date: 2-27-2022

Employee's Name: Thomas Whitehill

Email: thomas.whitehill@astrazeneca.co

Phone: 636-751-5285

Location (state): MO

Job title: Executive DSM RMST

PRID: krvc181

> *AstraZeneca (the "Company") takes seriously its obligations to provide appropriate reasonable accommodation to qualified persons whose sincerely held religious beliefs prohibit them from getting a COVID-19 vaccine. Completion of this form is the first step in an interactive process between you and AstraZeneca to determine whether you are qualified for a reasonable accommodation and further whether there are any available accommodations that would enable you to perform your job (or enjoy equal access to benefits and privileges of employment) and meet our operational and safety needs. Please answer all questions to the best of your ability. Failure to answer each question may impact AstraZeneca's ability to conduct the review necessary to approve your request. After you submit this form, a representative from Human Resources will reach out to you. As part of the interactive process, you may be required to provide additional information regarding your request. Further, any misinformation or knowingly false information provided as part of your request may lead to you being subject to disciplinary action up to and including separation of employment.*

Please describe the nature of your objection(s) to the Company's COVID-19 vaccination requirement.

On January 31st, I and other employees of Astrazeneca were notified by the North American Governance Committee that all employees must be fully vaccinated against COVID-19 and provide proof of vaccination by March 31st, 2022, or face termination of employment. On

Describe the basis of the sincerely held religious belief that requires accommodation.

As a dedicated, loyal, 25 year-long team-member of AstraZeneca, I am thankful to be a part of an organization that values it's employees, and seeks to make AZ a great place to work. In my role as an Executive District Sales Manager I find great value in my work, and I enjoy working

How long have you held the religious belief underlying your objection? What is the name of your religion and are you a member of a place of worship (church, synagogue, mosque, etc.)?

Your request regarding the name of my religion, my place of worship, and how long I have had these beliefs should have no bearing on my request for accommodation, and for you to do so seems a bit intrusive, and concerning. However, I will make it known that I am a Christian, and I

Please explain how the religious belief that prevents you from receiving the COVID-19 vaccine affects other areas of your life. For example, have you received other vaccines in the past? If so, please explain how your religious belief prevents you from getting the COVID-19 vaccine but not other vaccines.

I have worked for Astrazeneca/BMS for over 25 years, and I have never chosen to be vaccinated during my time at Astrazeneca, or at BMS. I have never received the flu vaccine, and I do not take any other vaccines. I do not take any medications, and as stated I believe that God has created me with an immune system and I object to the intrusion of any medical intervention

1



Have you ever requested a religious accommodation previously, either on your own behalf or on behalf of a family member, such as a child who was subject to a school's vaccination requirements?  If yes, please describe.

I want to first comment that my family members are not employees of Astrazeneca, and they should have no bearing on my request for a Religious accommodation, as it should only be my deeply held

Please attach any supporting documentation that may be helpful in evaluating this request for accommodation, this may include a website with information on your religious beliefs or practices, or a letter from a religious leader describing your specific religious beliefs and/or the tenets of the religion that limits or restricts you from being vaccinated.  If submitting a letter from a pastor, please also describe how long you have known this individual.

### Verification

I understand that the Company requires a COVID-19 vaccination as a term and condition of employment. I hereby certify that I believe that I have a sincerely held religious belief that necessitates a reasonable accommodation from this requirement.

I verify that the information I am submitting in support of my request for a reasonable accommodation is complete and accurate to the best of my knowledge, and I understand that any misrepresentation contained in this request may result in disciplinary action, up to and including dismissal.  I further understand that the Company may require me to provide additional information in response to the information I provide.

I also understand that my request for an accommodation based on a religious belief may not be granted if I fail to provide complete responses to the questions the Company provided in a reasonable time frame, if the request is not reasonable, if it poses a direct threat to the health and/or safety of others and/or to me, or if it creates an undue hardship on the Company.

Please return your completed form to USVaccineExemptions@astrazeneca.com.

Signature: __Thomas G Whitehill_____

Date: __2-27-22_____

#1.  Please describe the nature of your objection(s) to the Company's COVID-19 vaccination requirement.

On January 31st, I and other employees of Astrazeneca were notified by the North American Governance Committee that all employees must be fully vaccinated against COVID-19 and provide proof of vaccination by March 31st, 2022, or face termination of employment.   On Tuesday, February 15th I received a company e-mail with instructions on how to fill out a "Religious Accommodation Request Form".  In that same e-mail I was notified that Astrazeneca, has made it a "Policy" that all US Employees provide proof of vaccination, and the primary accommodation will remain weekly COVID – 19 PCR testing for employees who are not vaccinated and who are granted an exemption to the vaccine requirement for qualifying reasons: medical, religious or applicable state law. This is required for those entering any AstraZeneca US site or operating in any field-based role.

Today I am hereby invoking my religious right to exemption from taking the vaccine, and to the weekly asymptomatic Covid tests that are intrusive and unnecessary as per my deeply held religious beliefs.  I believe that God has created me with an immune system, and I object to the intrusion of any medical intervention designed to modify God's design of my immune system. Regular Covid testing could damage the body, and the substances in the test may possibly be harmful.  Further, it is my deeply held religious belief that I am called to protect the body and not participate in an unnecessary medical intervention, and in doing this I am honoring the Lord, as I am called to do.  *"Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God?" (1Cor 6:19)*

As I have studied the law under Title VII of the Federal Civil Right Act, an employer cannot discriminate against my sincerely held religious convictions.  It is my belief that in asking me to take a Covid vaccine and submit to discriminatory weekly asymptomatic Covid testing are infringement on my religious beliefs.  I am requesting to continue to work without a Covid vaccine, and without weekly asymptomatic PCR testing just as I have been doing in my employment at AstraZeneca / BMS for over 25 years.

In summary, taking the COVID vaccination, and weekly asymptomatic PCR testing would violate my sincerely held religious beliefs, and I am Invoking my right to accommodation from taking the vaccine and weekly asymptomatic PCR testing.  Because of my faith, and my deeply held Christian beliefs, for me to receive the COVID Vaccines and be subject to weekly asymptomatic PCR testing would cause me to violate these beliefs, and therefore would be in direct contrast with my deeply held Christian faith.

#2.  Describe the basis of the sincerely held religious belief that requires accommodation.

As a dedicated, loyal, 25 year-long team-member of Astrazeneca, I am thankful to be a part of an organization that values its employees and seeks to make AZ a great place to work.  In my role as an Executive District Sales Manager, I find great value in my work, and I enjoy working with the excellent sales organization that I am proud to be a part of for so many years.  I believe

in the products we promote, and I have seen firsthand how they bring tremendous value to patients and the providers that I have had the pleasure to engage with for so many years.

Receiving the COVID-19 vaccination would violate my sincerely held religious beliefs, practices, and observances. The following is a description of my religious beliefs that prevent me from receiving the COVID-19 vaccination:

I am a practicing Christian, and I adhere to a Christian world view.  Denominationally, I am a Reformed, evangelical Baptist and an active covenant member of Peine Ridge Church in Wentzville, MO (see attached letter from my pastor).  In keeping with my local covenanted church body, my committed Christian faith binds me to the authority and sufficiency of Scripture (2 Tim 3:16) —that is a carefully studied biblical position (2 Tim 2:15) is to be upheld, articulated, engaged, and applied to all areas and spheres of life (social issues, ethics, etc.).  In thoughtfully considering the Covid vaccine, I have a strong, sincere spiritual belief that, for me personally, receiving the Covid vaccine would violate my specific Christian worldview.
My official church doctrinal position teaches that receiving or declining the Covid vaccine is a matter of conscience for each individual covenant church member (a Christian liberty, wisdom issue, or a type of qualified 'autonomy of the believer').  Each covenant member, then, is to exercise their Christian liberty in freedom (Gal 5:13), to be convinced in their own mind (Rom 14:5) thru the study of Scripture, along with wise counsel so as not to violate their conscience.  We are not to judge each other's decision (Col 2:16) in this area of Christian liberty, but instead, ensure we each one, commit to our personal decision that is informed by the Word of God (Col 3:16), wise counsel, saturated prayer, and yields a "pure heart," "good conscience," and "sincere faith" (1 Tim 1:5).  For us, our body is not our own, but the Lord's, who redeemed it, made it His temple, and with it we must serve and glorify Him (1 Cor 6:19-20).
I have multiple hesitations, and clear concerns that being vaccinated, and submitting to ongoing weekly asymptomatic PCR testing would be a violation of my deeply help religious beliefs.  Romans 14:23 directly applies to me here: "But he who doubts is condemned if he eats, because his eating is not from faith; and whatever is not from faith is sin."

Because receiving the COVID-19 vaccination and submitting to ongoing weekly PCR testing would violate my sincerely held religious beliefs, I hereby request an accommodation of those beliefs with respect to the recently-imposed vaccination requirement.  Under Title VII of the federal civil rights laws, an employer may not discharge or otherwise discriminate against an individual because of the individual's religion. 42 U.S.C. § 2000e-2(a)(1). As the U.S. Supreme Court has held, this law requires an employer to seek to accommodate an employee whenever there is a conflict between a requirement of the employment and the employee's religious beliefs, practices or observances. *Trans World Airlines, Inc. v. Hardison*, 432 U.S. 63 (1977).  An accommodation that fully eliminates the conflict with my religious beliefs must be provided unless all accommodations would impose an undue hardship. To the extent the law of the State of MO imposes a similar duty to accommodate the religious beliefs, practices or observances of employees, I hereby invoke any and all rights under state law as well.

#3.  How long have you held the religious belief underlying your objection? What is the name of your religion and are you a member of a place of worship (church, synagogue, mosque, etc.)?

Your request regarding the name of my religion, my place of worship, and how long I have had these beliefs should have no bearing on my request for accommodation, and for you to do so seems a bit intrusive and concerning.  However, I will make it known that I am a Christian, and I have been one for most of my adult life.  My views are deeply rooted in the Bible, and it drives my behavior to the best of my ability.  I am a member of Peine Ridge Church in Wentzville MO, and we have been so since 2010, (Please see attached letter from my Pastor).

#4.  Please explain how the religious belief that prevents you from receiving the COVID-19 vaccine affects other areas of your life. For example, have you received other vaccines in the past? If so, please explain how your religious belief prevents you from getting the COVID-19 vaccine but not other vaccines.

I have worked for Astrazeneca/BMS for over 25 years, and I have never chosen to be vaccinated during my time at Astrazeneca, or at BMS.  I have never received the flu vaccine, and I do not take any other vaccines.  I do not take any medications, and as stated I believe that God has created me with an immune system, and I object to the intrusion of any medical intervention designed to modify God's design of my immune system.  Regular Covid testing could damage the body, and the substances in the test may possibly be harmful.  Further, it is my deeply held religious belief that I am called to protect the body and not participate in an unnecessary medical intervention, and in doing this I am honoring the Lord, as I am called to do.
*"Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God?" (1Cor 6:19)*
 I am a former health care provider, and I understand the importance of good health and preventative measure to reduce health risk.  As stated earlier, there are several areas regarding the use of the COVID Vaccines that would cause me to violate my deeply held religious beliefs if I were to take the vaccine and submit to weekly asymptomatic PCR testing (please see question #2 response).

#5 Have you ever requested a religious accommodation previously, either on your own behalf or on behalf of a family member, such as a child who was subject to a school's vaccination requirements? If yes, please describe.

I want to first comment that my family members are not employees of Astrazeneca, and they should have no bearing on my request for a religious accommodation, as it should only be my deeply held religious beliefs that are in question.  That being said, I have never requested a religious accommodation until now, as I have not been in a situation, or asked by an employer to do an action that would cause me to violate my deeply held religious beliefs.



# Peine Ridge Church

(636) 344-0479  nathans@peineridgechurch.org   2501 West Meyer Rd Wentville, MO 63385

February 24, 2022

To Whom It May Concern,

I hereby testify that Thomas Whitehill is currently a member in good standing of Peine Ridge Church. He has been such since 2010.

It has been my observation that Tom sincerely believes that he must submit every area of his life to the teaching of the Christian scriptures, and that he consistently strives to do so in a manner that is consistent with the doctrines of our church and the dictates of his conscience.

Sincerely,

Pastor Nathan Smith