MOED-0001          DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Thomas Whitehill                                    )
                                                    )
Plaintiff(s),                                       )
                                                    )
vs.                                                 )     Case No. 4:23-cv-01030-MTS
AstraZeneca Pharmaceuticals, LP                     )
                                                    )
                                                    )
Defendant(s).                                       )

### DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for
Plaintiff_____ hereby discloses the following:

1.    If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks
      to intervene,

a.    Whether it is publicly traded, and if it is, on which exchange(s):
      NA.

b.    Its parent companies or corporations (if none, state "none"):
      NA.

c.    Its subsidiaries not wholly owned by the subject (if none, state "none"):
      NA.

d.    Any publicly held company or corporation that owns  five percent (5%) or more of
      the subject's stock (if none, state "none"):
      NA.

2.    If the subject is a party or intervenor in an action in which jurisdiction is based on diversity
      under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose
      citizenship is attributed to that party or intervenor, including all members, sub-members,
      general and limited partners, and corporations:
      Plaintiff Thomas Whitehill, citizen of the State of Misouri.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the
members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier
sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of
*all* persons and entities within the ownership structure. Further, if a corporation is a member or
sub-member of the subject organization, that corporation's state of incorporation and principal
place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Signature (Counsel for Plaintiff/Defendant)
Print Name: _____ John C. Burns _ *Mo 66462*
Address: _____ P.O. Box 191250
City/State/Zip: _____ St. Louis, MO 63119
Phone: _____ 314-329-5040

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
September 7 _____, 20 23 .

Signature