**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

THOMAS WHITEHILL,

           Plaintiff,

v.                                                                      **Civil Action No. 4:23-cv-01030**

ASTRAZENECA PHARMACEUTICALS LP,

           Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff Thomas Whitehill respectfully moves the Court to grant a seven (7) day extension of time in which to respond to Defendant's Motion to Dismiss. *Defendant does not oppose this motion*. Plaintiff is undertaking some changes in legal counsel and estimates needing only a short time to complete this. At present, Plaintiff's Response is due on Monday, October 2, 2023. Plaintiff asks the Court for a seven-day extension, through and including October 9, 2023. This request for time extension is not made for delay or for any improper purpose.

    WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that the Court grant his motion for extension of time, through and including October 9, 2023, to respond to Defendant's Motion to Dismiss, and for such other and further relief as the Court deems just and proper.

RANDAZZA | LEGAL GROUP

Dated: September 25, 2023

Respectfully submitted,

*/s/        John C. Burns*
John C. Burns, #66462 (MO)
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
(313) 329-5040
john@burns-law-firm.com

*Attorney for Plaintiff Thomas Whitehill*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ John C. Burns*
Attorney

RANDAZZA | LEGAL GROUP