UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THOMAS WHITEHILL,

          Plaintiff,

v.                                 Civil Action No. 4:23-cv-01030

ASTRAZENECA PHARMACEUTICALS LP,

          Defendant.

## PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Thomas Whitehill respectfully moves the Court to grant an additional six (6) day extension of time in which to respond to Defendant's Motion to Dismiss. Defendant does not oppose this motion. As previously set forth (ECF No. 14), Plaintiff is undertaking some changes in legal counsel and estimated needing only a short time to complete this and respond to the motion to dismiss. Unfortunately, this process has taken longer than anticipated, and an additional week to respond is necessary. At present, Plaintiff's response is due on Tuesday, October 10, 2023.[1] Plaintiff asks the Court for a six-day extension, through and including October 16, 2023. This request for time extension is not made for delay or for any improper purpose.

Wherefore, Plaintiff respectfully requests this Honorable Court allow this motion and permit him to respond to the motion to dismiss through and including October 16, 2023.

Dated: October 10, 2023

---

[1] Formally, the Order (ECF No. 16) set the deadline as October 9, 2023. However, per Fed. R. Civ. P. 6(a), as October 9, 2023, was a Federal holiday, the deadline moved to the following day.

Respectfully submitted,

*/s/ John C. Burns*
John C. Burns, #66462 (MO)
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
(313) 329-5040
john@burns-law-firm.com

*Attorneys for Plaintiff Thomas Whitehill*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ John C. Burns*
John C. Burns

3