UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THOMAS WHITEHILL,

    Plaintiff,

v.                                        **Civil Action No. 4:23-cv-01030**

ASTRAZENECA PHARMACEUTICALS LP,

    Defendant.

**[PROPOSED] ORDER**

IT IS SO ORDERED: Plaintiff Thomas Whitehill's response to Defendant AstraZeneca Pharmaceuticals, LP's motion to dismiss, is due on or before October 16, 2023.

                IT IS SO ORDERED:

                _____
                UNITED STATES DISTRICT JUDGE

                DATED:_____

Respectfully submitted,

/s/    John C. Burns_____
John C. Burns, #66462 (MO)
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
(313) 329-5040
john@burns-law-firm.com