UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**THOMAS WHITEHILL,**

          **Plaintiff,**

v.                                       Civil Action No. 4:23-cv-01030

**ASTRAZENECA PHARMACEUTICALS LP,**

          **Defendant.**

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S UNOPPOSED MOTION FOR EXTENSION TO DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant AstraZeneca Pharmaceuticals LP ("Defendant" or "AZ") respectfully moves this Court to extend the deadline for AZ to file its reply in support of its motion to dismiss (the "Reply") from October 26, 2023, to November 6, 2023, and in support states the following:

1. AZ filed its motion to dismiss on September 18, 2023. *See* Dkts. 13, 14.

2. The Court granted Plaintiff two requests to extend his deadline to respond to the motion to dismiss, *see* Dkts. 16, 19, and Plaintiff filed his opposition to AZ's motion to dismiss on October 16, 2023, *see* Dkt. 21.

3. AZ's current deadline to file its Reply is October 26, 2023. *See* Local Rules 4.01(C).

4. On October 24, 2023, AZ's counsel communicated with Plaintiff's counsel about AZ's desire to request that the deadline to file the Reply be extended to November 6, 2023, and Plaintiff's counsel confirmed Plaintiff had no objection to that request.

5. This extension of the deadline for AZ to file its Reply will not cause excessive delay in the litigation, nor will it prejudice or unduly burden the parties.

WHEREFORE, AZ, by its counsel, respectfully requests that the Court grant its unopposed motion to extend the deadline for AZ to file its reply in support of its motion to dismiss to November 6, 2023.

Dated: October 25, 2023

Respectfully submitted,

*/s/ Thomas H. Severson*
Elizabeth Herrington
Thomas H. Severson
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 324-1000
beth.herrington@morganlewis.com
tom.severson@morganlewis.com

Jocelyn R. Cuttino
(Pro Hac Vice Forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
(202) 739-3000
jocelyn.cuttino@morganlewis.com

Daniel Kadish
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
daniel.kadish@morganlewis.com

*Attorneys for Defendant AstraZeneca Pharmaceuticals LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Thomas H. Severson*
Thomas H. Severson
