**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

THOMAS WHITEHILL,

                     Plaintiff,

                     -against-

ASTRAZENECA PHARMACEUTICALS
LP,

                     Defendant.

                                    Case No. 4:23-cv-01030

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

**PLEASE TAKE NOTICE** that Daniel A. Kadish, one of the attorneys of record for the Defendant in the above matter, respectfully requests permission to withdraw as counsel of record from the above-referenced case.  As of December 6, 2024, Daniel A. Kadish will no longer be associated with Morgan Lewis & Bockius LLP.  Morgan, Lewis & Bockius LLP will continue its representation of Defendant in this matter and the remaining counsel of record listed as representing Defendant on the docket shall continue to do so.

WHEREFORE, it is respectfully requested that the Court enter an Order withdrawing Daniel A. Kadish as attorney of record in this matter, and terminating his representation on the docket.

Dated: New York, New York
       December 5, 2024

                                 By: */s/ Daniel A. Kadish*
                                 Daniel A. Kadish
                                 Morgan, Lewis & Bockius LLP
                                 101 Park Avenue
                                 New York, New York 10178
                                 Telephone:    212.309.6000
                                 Facsimile:    212.309.6001
                                 Email:       daniel.kadish@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, the foregoing document was served via ECF

on all counsel of record.

Dated: New York, New York
        December 5, 2024

                                        */s/ Daniel A. Kadish*
                                        Daniel A. Kadish