# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THOMAS WHITEHILL,

    Plaintiff(s),

vs.

ASTRAZENECA PHARMACEUTICALS, LP

    Defendant(s).

Case No. 4:23-cv-01030

**DESIGNATION OF NEUTRAL BY PARTIES
AND
ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated    Feb. 18 (ECF 49)    the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Hon. Donald Wilkerson

Firm Name and Address:
JAMS
190 Carondelet Plaza
Suite 1100
Clayton, MO 63105

Telephone & FAX Number: 314-334-5267 Phone \ 314-944-5054 Fax 314-944-5054 Fax

**The attorneys of record in this case are:**

Name of Lead Counsel: John C. Burns

Firm Name and Address: Burns Law Firm, PO Box 191250, Saint Louis, MO 63119

Telephone & FAX Number: 314-329-5040 Phone

Name of Other Counsel: Tom Severson

Firm Name and Address: Morgan, Lewis & Bockius LLP,  110 North Wacker Drive, Suite 2800 | Chicago, IL 60606

Telephone & FAX Number: 1.312.324.1149 | Fax: +1.312.324.1001

**The completion deadline for this ADR referral is** _____

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: TBD _____ 20 25 _____

Time of Conference: TBD _____ a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: TBD

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

February 24, 2025  
Date

/s/ JOHN C. BURNS  
_____  
Signature of Plaintiff(s)

/s/ TOM SEVERSON  
_____  
Signature of Defendant(s)