# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

**THOMAS WHITEHILL,**

      **Plaintiff,**

v.                                                                                  Civil Action No. 4:23-cv-01030

**ASTRAZENECA PHARMACEUTICALS LP,**

      **Defendant.**

## JOINT MOTION TO MODIFY SCHEDULING PLAN

Plaintiff Thomas Whitehill and Defendant AstraZeneca Pharmaceuticals LP (Plaintiff, and Defendant together, the "Parties") jointly and respectfully move this Court modify its scheduling plan, and in support state the following:

1.    On September 24, 2024, the Court entered its Case Management Order (Dkt. 41), which set forth the following deadlines:

| Event | Date |
|---|---|
| Deadline for Plaintiff To Disclose Expert Reports | February 10, 2025 |
| ADR Deadline | March 10, 2025 |
| Deadline for Defendant To Disclose Expert Reports | March 14, 2025 |
| Discovery Deadline | April 11, 2025 |
| Deadline to Raise Discovery Disputes | April 18, 2025 |
| Dispositive Motion Deadline | May 14, 2025 |

2.    On January 2, 2025, the Court referred this case to Alternative Dispute Resolution ("ADR"), and set a March 3, 2025 deadline to complete ADR. Dkt. 44.

3. The Parties have since agreed to mediate this case with the Honorable Donald Wilkerson (who is on the Court's list of Certified Neutrals), in-person on April 28, 2024, *see* Dkt. 54, which was the first date that worked for all Parties and the Mediator.

4. On March 11, 2025, the Court entered a Notice of Filing Deficiency because the April 28, 2025 mediation date was after the March 3, 2025 deadline to complete ADR, and requested that counsel file a motion to extend the deadline for ADR completion. Dkt. 53.

5. Accordingly, the Parties jointly and respectfully file this Motion in response to the Notice of Filing Deficiency and to seek modification to the scheduling plan to continue certain deadlines until after the mediation.

6. The Parties jointly propose that the current schedule be modified as reflected below (the "Proposed Schedule):

| Event | Current Date | Proposed Date |
|---|---|---|
| ADR Deadline | March 3, 2025 | April 29, 2025 |
| Deadline for Plaintiff To Disclose Expert Reports | February 10, 2025 | June 12, 2025 |
| Deadline for Defendant To Disclose Expert Reports | March 14, 2025 | July 10, 2025 |
| Discovery Deadline | April 11, 2025 | July 31, 2025 |
| Deadline to raise Discovery Disputes | April 18, 2025 | August 7, 2025 |
| Dispositive Motion Deadline | May 14, 2025 | September 11, 2025 |

7. The Proposed Schedule will allow the Parties to focus their resources on resolving this matter at mediation without incurring expenses or burdening the court with discovery and/or litigation disputes that may become moot if mediation is successful.

8. This modification to the schedule will not cause excessive delay in the litigation, nor will it prejudice or unduly burden the parties.

WHEREFORE, the Parties, by their counsel, respectfully request that the Court grant their joint motion to modify scheduling plan, and issue an order setting forth the following deadlines:

| Event | Date |
|---|---|
| ADR Deadline | April 29, 2025 |
| Deadline for Plaintiff To Disclose Expert Reports | June 12, 2025 |
| Deadline for Defendant To Disclose Expert Reports | July 10, 2025 |
| Discovery Deadline | July 31, 2025 |
| Deadline to raise Discovery Disputes | August 7, 2025 |
| Dispositive Motion Deadline | September 11, 2025 |

Respectfully submitted,

Dated: March 18, 2025

*s/ Jonathon Christian Burns (with consent)*　　　*s/ Thomas H. Severson*

Jonathon Christian Burns
BURNS LAW FIRM
P.O. Box 191250
St. Louis, MO 63119
314-329-5040
john@burns-law-firm.com

*Attorneys for Plaintiff*

Elizabeth Herrington
Thomas H. Severson (Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 324-1000
beth.herrington@morganlewis.com
tom.severson@morganlewis.com

*Attorneys for Defendant AstraZeneca Pharmaceuticals LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025**,** a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Thomas H. Severson*
Thomas H. Severson