UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Thomas Whitehill
Plaintiff(s), )
)
)
v. ) Case No. 4:21-cv-1030 MTS
)
AstraZeneca )
Defendant(s). )
)

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

☑ An ADR conference was held on: April 28, 2025.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: N/A

The ADR referral was concluded on April 28, 2025. The parties [☑ did   ☐ did not] achieve a settlement.
*Check One*

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date 4-30-25  Neutral _Donald Silkenson_